IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | O. C. Pittman<br>4126 Mainer Street<br>Houston, TX  77021 | CHAPTER 13<br><br>CASE NO. 11-34397-H1 |
| | DEBTOR | |

**MOTION TO DISMISS OR CONVERT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

_____   The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

  X     Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

_____   Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

_____   The Debtors have not filed their Federal Income Tax return for the following years: .  Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

_____   The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

  X     Other:    Debtor failed to file a Uniform Plan.

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 10, 2011 AT 1:45 PM IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 404, 4TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1. FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated:   August 03, 2011

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the Bankrutpcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 08/03/2011.  A copy of the Certificate of Mailing of the document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee

| | |
|---|---|
| Debtor's Attorney of Record:<br>MARC J MAGIDS<br>1177 WEST LOOP SOUTH STE 1100<br>HOUSTON, TX  77027-9083 | Debtor:<br>O. C. Pittman<br>4126 Mainer Street<br>Houston, TX  77021 |
| CNH CAPITAL AMERICA LLC<br>PO BOX 3600<br>LANCASTER, PA  17604-3600 | HARRIS COUNTY ET AL<br>PO BOX 4924<br>HOUSTON, TX  77210-4924 |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO  63195 |
| KEY EQUIPMENT FINANCE<br>11030 CIRCLE POINT DRIVE SUITE 200<br>WESTMINSTER, CO  80020 | LINEBARGER GOGGAN BLAIR & SAMP<br>PO BOX 3064<br>HOUSTON, TX  77253 |
| MONTY KUPER<br>2403 NAOMI NO. 1<br>HOUSTON, TX  77054 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| O. C. Pittman<br>4126 Mainer Street<br>Houston, TX  77021 | CASE NO. 11-34397-H1 |
| DEBTOR | |

**ORDER OF DISMISSAL**

The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge